UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 0:11-cv-61735-JIC

ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit Corporation, ROBERT
COHEN, Individually,

    Plaintiffs,

vs.

J&H STORES, INC., a Florida corporation, d/b/a GARDEN DRUGS, and ARNOLD MANN, Individually, and PHYLLIS MANN, Individually,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

COME NOW the Plaintiffs, by and through its undersigned attorneys, and files this Notice of Voluntary Dismissal in this action.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 9th day of September, 2011. We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of

Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                      Respectfully submitted,

By:    /s/ Daniel B. Reinfeld
         DANIEL B. REINFELD, ESQ.
         Florida Bar No.:  174815
         DANIEL B. REINFELD, P.A.
         Ives Dairy Commerce Center
         20249 NE 16th Place
         Miami, FL 33179
         Telephone: (954) 558-8139
         Facsimile: (305) 999-0397
         E-Mail: dan@reinfeldlaw.com

Service List

THOMAS D. LARDIN, P.A.
Counsel for the Defendant
370 W. Camino Gardens Blvd., Suite 336
Boca Raton, FL  33432
Telephone (561) 416-5535
Facsimile: (561) 416-5536