UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61735-CIV-COHN/SELTZER

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation,
and ROBERT COHEN, individually,

                    Plaintiffs
vs.

J&H STORES, INC., a Florida corporation d/b/a
GARDEN DRUGS, ARNOLD MANN, individually,
and PHYLLIS MANN, individually,

                    Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Plaintiffs' Notice of Voluntary Dismissal

[DE 10] ("Notice").  The Court has carefully reviewed the Notice and is fully advised in

the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that all claims in the above-

captioned action are **DISMISSED WITHOUT PREJUDICE**.  The Clerk shall **CLOSE** this

case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida this 12th day of September, 2011.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record.